## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**TOI BRISTOW**
*Individually, and as Representative/Executor of the*
*Estate of Ivan Cook, and on Behalf of All Wrongful*
*Death Beneficiaries of Ivan Cook, Deceased* **PLAINTIFF**

**v.** **CASE NO: 3:21-cv-104-MPM-JMV**

**SMITTY'S SLICES 2, LLC**
*doing business as* **MARCO'S**
**PIZZA (Store #8322), et al.** **DEFENDANTS**

### ORDER LIFTING STAY

Certain proceedings in this matter were stayed pursuant to L. U. Civ. R. 16(b)(3)(B) by Order [14] dated July 6, 2021, pending a ruling on Defendant Liberty Mutual Insurance, Inc.'s motion [11] to dismiss. Because that motion was granted by Order [21] dated July 21, 2021, the stay is, hereby, LIFTED. A case management conference will be set by separate notice.

**SO ORDERED THIS** 22nd day of July, 2021.

/s/ Jane M. Virden
U.S. Magistrate Judge