IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TOI BRISTOW, Individually, and as
Representative/Executor of the ESTATE
OF IVAN COOK, and on Behalf of All
Wrongful Death Beneficiaries of IVAN COOK,
Deceased                                                  PLAINTIFF

VS.                                                  CIVIL ACTION NO. 3:21-CV-104-MPM-JMV

SMITTY'S SLICES 2, LLC
d/b/a MARCO'S PIZZA (Store #8419),
TIMOTHY LEE SMITH, JR., MARK SMITH,
TIMOTHY SMITH, SR.                                 DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion *ore tenus* of the parties to dismiss plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 22nd day of MARCH, 2023.

_____
DISTRICT COURT JUDGE

**APPROVED AND AGREED TO:**

*/s/ Cheryl Washington*
Cheryl Washington, Esq.
*Attorney for Plaintiff*


*/s/ Robert F. Stacy, Jr.*
Robert F. Stacy, Jr., Esq. MS Bar #7764
*Attorney for Defendant*